```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 19387
   DENITA M SCOTT WILTZ
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-8132


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/19/2007 and was not confirmed.

     The case was dismissed without confirmation 01/31/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP   UNSECURED       NOT FILED            .00          .00
WMC MORTGAGE             SECURED NOT I       .00              .00          .00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED            .00          .00
GENESIS FINANCIAL SOLUTI UNSECURED       NOT FILED            .00          .00
PORTFOLIO RECOVERY ASSOC UNSECURED         9359.05            .00          .00
NCO FINANCIAL SYSTEMS    UNSECURED       NOT FILED            .00          .00
WORLD NET SYSTEM         UNSECURED       NOT FILED            .00          .00
MUTUAL HOSPITAL COLLECTI UNSECURED       NOT FILED            .00          .00
CB USA INC               UNSECURED       NOT FILED            .00          .00
CB USA INC               UNSECURED          240.00            .00          .00
CB USA INC               UNSECURED       NOT FILED            .00          .00
PORTFOLIO RECOVERY ASSOC UNSECURED          138.48            .00          .00
NATIONAL RECOVERIES INC  UNSECURED       NOT FILED            .00          .00
USB COLLECTIONS          UNSECURED       NOT FILED            .00          .00
NATIONAL RECOVERIES INC  UNSECURED       NOT FILED            .00          .00
PORTFOLIO RECOVERY ASSOC UNSECURED         2629.73            .00          .00
EMC MORTGAGE             CURRENT MORTG       .00              .00          .00
EMC MORTGAGE             MORTGAGE ARRE   40666.26             .00          .00
PRO SE DEBTOR            DEBTOR ATTY         .00                           .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                       --------------      --------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 19387 DENITA M SCOTT WILTZ
```

TOTALS                                           .00                     .00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```